UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY MARKIECE JACKSON
PLAINTIFF

VS.

CASE NO:
3:11cv23-WS-MD

WALTER MCNEIL INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY
AS SECRETARY OF FLORIDA
DEPARTMENT OF CORRECTIONS
  TIMOTHY CANNON INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY
AS REGIONAL DIRECTOR OF
INSTITUTIONS.
  R. TIFFT INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY
AS WARDEN OF SANTA ROSA
CORRECTIONAL INSTITUTION
  R. BURCH INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY AS
GRIEVANCE COORDINATOR OF SANTA
ROSA CORRECTIONAL INSTITUTION
  ALL OTHER DEFENDANTS AND/OR
PARTIES MENTIONED HEREIN
INDIVIDUALLY AND IN THEIR
OFFICIAL CAPACITIES

JAN 12 2011
FOR MAILING INMATE INITIAL

Filed
REC'd 0114'11USDCFln3PM1217

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

ANTHONY MARKOECE JACLISON,
Inmate # X64 264
(Enter full name of Plaintiff)

vs.

CASE NO: _____
(To be assigned by Clerk)

WALTER MCNEIL INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY
AS SECRETARY OF FLORIDA
DEPARTMENT OF CORRECTIONS.

_____.

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

## ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

ALL DEFENDANTS ARE BEING
SUED INDIVIDUALLY AND
IN THEIR OFFICIAL CAPACITIES.

I.   PLAINTIFF:

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff:  ANTHONY MARKDELE JACKSON
Inmate Number       X64264
Prison or Jail:     SANTA ROSA CI
Mailing address:    5850 EAST MELTON ROAD
                    MILTON, FLORIDA. 32583

II.   DEFENDANT(S):

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1)  Defendant's name:     R. TIFFT
     Official position:    WARDEN
     Employed at:          SANTA ROSA CI
     Mailing address:      5850 EAST MELTON ROAD
                           MILTON, FLORIDA. 32583

(2)  Defendant's name:     WALTER MCNEIL
     Official position:    SECRETARY OF DOC
     Employed at:          CENTRAL OFFICE
     Mailing address:      2601 BLAIR STONE ROAD
                           TALLAHASSEE, FLORIDA. 32399 -2500

(3)  Defendant's name:     R. BURLEH
     Official position:    GRIEVANCE COORDINATOR
     Employed at:          SANTA ROSA CI
     Mailing address:      5850 EAST MELTON ROAD
                           MILTON, FLORIDA. 32583

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

# ADDITIONAL DEFENDANTS

TIMOTHY CANNON
REGIONAL DIRECTOR
CENTRAL OFFICE
8607 BLAIR STONE ROAD
TALLAHASSEE, FLORIDA 32899-2800

OFFICER A. Quaell
HOUSING OFFICER
SANTA ROSA CI
5850 EAST MILTON ROAD
MILTON, FLORIDA 32583

E. STONE
GRIEVANCE COORDINATOR
CENTRAL OFFICE
2607 BLAIR STONE ROAD
TALLAHASSEE, FLORIDA 32399-2800

C. GREENE
GRIEVANCE COORDINATOR
CENTRAL OFFICE
2607 BLAIR STONE ROAD
TALLAHASSEE, FLORIDA 32399-2500

OFFICER C. SMITH
D.R. INVESTIGATOR
SANTA ROSA CI
5050 EAST MILTON ROAD
MILTON, FLORIDA 32583

LT. W.C. SHANER
HOUSING LIEUTENANT
SANTA ROSA CI
5850 EAST MILTON ROAD
MILTON, FLORIDA 32583

OFFICER CASH
RECREATION OFFICER
SANTA ROSA CI
5850 EAST MILTON ROAD
MILTON, FLORIDA 32583

LT. ZELL
HOUSING LIEUTENANT
SANTA ROSA CI
5850 EAST MILTON ROAD
MILTON, FLORIDA 32583

LT. DIERMEYER, K.W.
HOUSING LIEUTENANT
SANTA ROSA CI
5850 EAST MILTON ROAD
MILTON, FLORIDA 32583

SGT. THOMPSON
HOUSING SEARGANT
SANTA ROSA CI
5850 EAST MILTON ROAD
MILTON, FLORIDA 32583

# ADDITIONAL DEFENDANTS

JENNIFER A. HAAS
ASSISTANT WARDEN
SANTA ROSA CI
5850 EAST MILTON ROAD
MILTON, FLORIDA 32583

M.L. DEIDRICK
CLASSIFICATION OFFICER
SANTA ROSA CI
5850 EAST MILTON ROAD
MILTON, FLORIDA 32583

CYNTHIA S. COURTNEY
HEAD OF CLASSIFICATION
SANTA ROSA CI
5850 EAST MILTON ROAD
MILTON, FLORIDA 32583

C.E. THOMPSON
MAJOR/COLONEL
SANTA ROSA CI
5850 EAST MILTON ROAD
MILTON, FLORIDA 32583

## III.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

## IV.   PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE ALL PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A.   Have you initiated other actions in **state** court dealing with the same or similar facts/issues involved in this action?
Yes( )                     No(✓)

   1.   Parties to previous action:
      (a)   Plaintiff(s): _____
      (b)   Defendant(s): _____

   2.   Name of judge: _____   Case #: _____

   3.   County and judicial circuit: _____

   4.   Approximate filing date: _____

   5.   If not still pending, date of dismissal: _____

   6.   Reason for dismissal: _____

   7.   Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list state court cases.)**

B.   Have you initiated other actions in **federal** court dealing with the same or similar facts/issues involved in this action?

Yes( )                     No(✓)

   1.   Parties to previous action:
      a.   Plaintiff(s): _____
      b.   Defendant(s): _____

   2.   District and judicial division: _____

   3.   Name of judge: _____   Case #: _____

   4.   Approximate filing date: _____

   5.   If not still pending, date of dismissal: _____

   6.   Reason for dismissal: _____

3

7.    Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C.    Have you initiated other actions (*besides those listed above in Questions (A) and (B))* in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes(  )                          No(✓)

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1.    Parties to previous action:
      a.    Plaintiff(s): _____
      b.    Defendant(s): _____

2.    District and judicial division: _____

3.    Name of judge: _____    Case #: _____

4.    Approximate filing date: _____

5.    If not still pending, date of dismissal: _____

6.    Reason for dismissal: _____

7.    Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

D.    Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes(  )                          No( ✓)

1.    Parties to previous action:
      a.    Plaintiff(s): _____
      b.    Defendant(s): _____

2.    District and judicial division: _____

3.    Name of judge: _____    Case Docket # _____

4.    Approximate filing date: _____    Dismissal date: _____

5.    Reason for dismissal: _____

4

6. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. (If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)

ON 08/10/2010 PLAINTIFF WAS TRANSFERRED TO SANTA ROSA C.I. FROM FLORIDA STATE PRISON. ON 07/26/2010 A MAJOR "SHAKEDOWN" CELL SEARCH TOOK PLACE WHERE LT. OSTERMEYER, LT. ZIOLL, AND LT. W.C. SHANER WERE PRESENT SUPERVISING THE SEARCH. PLAINTIFF WAS FOUND IN POSSESSION OF A SHEET THAT HAD BEEN TORN AND WAS ORDERED TO BE "STRIPPED" AND "LOAFED". STRIP IS CLASSIFIED AS RESTRICTION FROM ALL PERSONAL PROPERTY, ALL COMFORT ITEMS, ALL HYGIENE ITEMS, AND ALL PRIVELEDGES. NO CLOTHING, BEDDING, LINEN, MATT OR ANYTHING ELSE UNTIL THE SUPERVISOR DECIDES THE INMATE SHOULD BE TAKEN OFF. "LOAF" IN THE COURT IS KNOWN AS "GRUE" WHICH IS A MEAL GIVEN TO INMATES AS PUNISHMENT WHEN INMATES ARE RESTRICTED FROM REGULAR MEALS DUE TO THEIR BEHAVIOR. PLAINTIFF WAS STRIPPED AND LOAFED BEFORE CHARGES WERE FILED, BEFORE HAVING A HEARING AND BEFORE BEING FOUND GUILTY OF THE CHARGES. ON 07/30/2010 OFFICER C. SMITH BROUGHT PLAINTIFF A COPY OF THE CHARGE WRITTEN BY OFFICER CASH. PLAINTIFF ASKED C. SMITH WHY HE DID NOT GET HIS CHARGES WITHIN 24 HOURS AS REQUIRED AND C. SMITH STATED "STRIP" BARS INMATES FROM BEING

5

SERVED THEIR CHARGES. LT. SHANER ORDERED THAT PLAINTIFF
CELL WATER BE TURNED OFF WHEN IT WAS 112° DEGREES
OUTSIDE. PLAINTIFF REMAINED IN HOT CELL WITHOUT
WATER FOR 3 DAYS. PLAINTIFF WENT TO DISCIPLINARY
HEARING ON 08/02/2010 FOR DESTRUCTION OF STATE PROPERTY.
AT HEARING PLAINTIFF STATED THAT HE HAD ALREADY
BEEN PUNISHED WITH "STRIP" AND "LOAF" FOR THE SHEET.
M.L. DEIDRICH REPLIED THAT THERE WAS NO DOCUMENTATION
WHATSOEVER OF PLAINTIFF BEING PUNISHED ALREADY AND
THEREBY FOUND PLAINTIFF GUILTY AND GAVE HIM 15 DAYS
DISCIPLINARY CONFINEMENT. PLAINTIFF APPEALED TO
THE WARDEN R. TIFT AND TO SECRETARY WALTER MCNEIL BUT
HIS APPEAL WAS DENIED BY R. BURCH AND E. STONE
THEIR OFFICIAL RESPONDENTS. ON 08/04/2010 PLAINTIFF
SAW THE INSTITUTION CLASSIFICATION TEAM CONSISTING
OF THE ASSISTANT WARDEN JENNIFER A. HAAS, C.E. THOMPSON
THE MAJOR/COLONEL, AND CYNTHIA S. COURTNEY THE HEAD
OF CLASSIFICATION. AT HEARING PLAINTIFF PROTESTED
AGAINST 6 MORE MONTHS CLOSE MANAGEMENT TIME FOR THE
VERY SAME SHEET PLAINTIFF GOT "STRIP", "LOAF" AND
15 DAYS DISCIPLINARY CONFINEMENT TIME FOR. PLAINTIFF
WAS STILL PUNISHED WITH AN ADDITIONAL 6 MONTHS
CLOSE MANAGEMENT TIME AT HIS PRESENT CM-2 STATUS.
WHICH MEANT PLAINTIFF WOULD SPEND AT LEAST ANOTHER
YEAR ON 23-HOUR LOCKDOWN. WHILE ON "STRIP" OFFICER
A. QUICK AND SGT. THOMPSON ALONG WITH OTHER OFFICERS
REFUSED TO AID PLAINTIFF AND PROTECT HIM FROM
HARM KNOWING THAT PUNISHMENT WAS CRUEL, UNUSUAL,
AND EXCESSIVE. PLAINTIFF APPEALED TO1 DECISION TO
WARDEN AND SECRETARY BUT WAS DENIED BY C. GREENE AND
R. BURCH THEIR OFFICIAL RESPONDENTS.

TIMOTHY CANNON IS THE REGIONAL DIRECTOR OF SANTA ROSA CI AND ALLOWED THIS TO HAPPEN. DURING "STRIP" PUNISHMENT PLAINTIFF WAS RESTRICTED FROM FILING GRIEVANCES TO CHALLENGE HIS PUNISHMENT AND WAS RESTRICTED FROM CORRESPONDENCE WITH HIS ATTORNEY WHERE HE COULD NOT INFORM HIS ATTORNEY OF WHAT WAS HAPPENING AT THE INSTITUTION. THE 3 SUPERVISORS THAT WERE PRESENT AUTHORIZED "STRIP" UNDER THE POLICY OF THE DEPT. OF CORRECTIONS FOR INMATES THAT DESTROY PROPERTY.

TO CONCLUDE, PLAINTIFF LOST HIS LIBERTY AND PROPERTY AND WAS SUBJECTED TO CRUEL AND UNUSUAL PUNISHMENT AND ALSO RESTRICTED FROM EVERY RIGHT HE COULD POSSIBLY HAVE FOR 3 DAYS. ALL AS A RESULT OF HAVING A TORN SHEET ON HIS ASSIGNED BUNK.

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.

PLAINTIFF WAS DENIED LIBERTY AND PROPERTY WITHOUT DUE PROCESS OF LAW. PLAINTIFF WAS DENIED THE EQUAL PROTECTION OF THE LAWS UNDER 14th AMENDMENT. PLAINTIFF RIGHTS AGAINST CRUEL AND UNUSUAL PUNISHMENT / CONDITIONS OF CONFINEMENT WERE VIOLATED. 8th AMENDMENT. PLAINTIFF WAS DENIED THE RIGHT OF ACCESS TO THE COURTS AND RIGHT TO PETITION THE GOVERNMENT FOR REDRESS OF GRIEVANCES. 1st AMENDMENT

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

PLAINTIFF SEEKS MONETARY, DAMAGES, DECLARATORY AND INJUNCTIVE RELIEF. MONETARY DAMAGES IN THE AMOUNT OF $1,900,000.00

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.

01 / 13 / 2011
(Date)

_____
(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on:
the __13__ day of __JANUARY__, 20 11

_____
(Signature of Plaintiff)

Revised 03/07

7

Anthony Jackson
DC# X64264
Santa Rosa Correctional Institution
5850 East Milton Road
Milton, Florida 32583



Clerk U.S. District Court
1 North Palafox Street
Room 226
Pensacola, Florida 32502 - 5658

3250235658